# UNITED STATES DISTRICT COURT
for the

_____SOUTHERN_____ District of _____OHIO_____

United States of America )
v. )
)
James L. Reed )  Case No: 1:00cr35
) USM No: 03300-061
Date of Previous Judgment: ____02/28/2001____ ) Steve Nolder, Federal Public Defender
(Use Date of Last Amended Judgment if Applicable)   Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____140 Months____ months **is reduced to** ____120 Months____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:        27              Amended Offense Level:        25
Criminal History Category:     V               Criminal History Category:     V
Previous Guideline Range:  140 to 175 months   Amended Guideline Range: 120 to 150 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated **2/28/01** shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   April 9, 2008                                       _/s/ Susan J. Dlott_
                                                                        Judge's signature

Effective Date: April 9, 2008                        Susan J. Dlott, United States District Judge
         (if different from order date)                   Printed name and title